IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 12-cr-00049-DME

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JEROD M. REEVES, and
2. KIMBERLY M. MCCAFFERY,

    Defendants.

## ORDER

THIS MATTER comes before the Court upon the Government's Motion to Disclose Grand Jury Material to Defendants [Doc. No. 15]. It is hereby

ORDERED that the Court authorizes the disclosure of Grand Jury testimony and exhibits to the Defendants and the Defendants' attorneys, in the course of providing discovery in this case, on the terms and conditions outlined in the Government's motion.

DONE AND SIGNED this 15th day of February, 2012.

                              BY THE COURT:

                              *s/ David M. Ebel*

                              UNITED STATES CIRCUIT JUDGE
                              UNITED STATES DISTRICT COURT
                              DISTRICT OF COLORADO