IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 12-cr-00049-DME

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JEROD M. REEVES,

    Defendant.

## MINUTE ORDER

**Honorable David M. Ebel**

    The Sentencing Hearing for Defendant Jerod M. Reeves is scheduled for October 3, 2012, at 10:00 a.m.

    DATED:  September 7, 2012