IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 12-cr-00049-DME

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. KIMBERLY M. McCAFFERY,

    Defendant.

## MINUTE ORDER

**Honorable David M. Ebel**

    The Sentencing Hearing for Defendant Kimberly M. McCaffery has been <u>continued to October 18, 2012, at 10:00 a.m.</u>

    DATED: October 5, 2012